UNITED STATES *versus* JAMES CARTWRIGHT, Sr., JAMES CARTWRIGHT, Jr., JACOB GUY, AND ARCHIBALD McDONALD. ██

JOURNAL ENTRIES (1828): *Journal 4*: (1) Decision *p. 246.
PAPERS IN FILE: (1) Transcript, etc., of proceedings in circuit court.
*1824–36 Calendar*, MS p. 172.

 DAVID B. GORHAM *versus* ADELINE GORHAM. 
JOURNAL ENTRIES (1828–29): *Journal 4*: (1) Motion to take bill as confessed *p. 247; (2) motion

to take bill as confessed overruled *p. 296; (3) notice of suit ordered given *p. 307.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) motion to take bill as confessed; (4) certificate of marriage; (5) affidavit re defendant's residence; (6) motion for reference to master; (7) draft of order to give notice of suit.
*Chancery Case* 109 of 1828.

 ALONZO MERRIL *versus* ZIBA SWAN, Jr., AND ESTHER SWAN. 

JOURNAL ENTRIES (1828): *Journal 4*: (1) Motion to quash withdrawn, leave given to amend subpoena *p. 247.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return.
*Chancery Case* 115 of 1828.